**Order entered January 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01044-CV

### RYAN FONTAINE, Appellant

### V.

### ESSENCE MASERATI AND EWING HURST, LLC, Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-00419-2020**

## ORDER

Before the Court is the January 7, 2021 request of Jennifer Corley, Official Court Reporter for County Court at Law No. 6, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **February 8, 2021**.

/s/     KEN MOLBERG
        JUSTICE